James A. Patten
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.**
2817 Second Ave. North, Suite 300
Billings, MT  59101
Telephone (406) 252-8500
Fax (406) 294-9500
Email:  apatten@ppbglaw.com

Clifton W. Hayden
**TRIEWEILER, HEDMAN, HILEMAN & LACOSTA PLLP**
204 Central Ave
Whitefish, MT 59937
Telephone (406) 862-2528
Fax (406) 862-1140
Email: clif@whitefishlaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DON and EMILY MASCHMEDT, as Individuals,<br>          Plaintiff,<br>          -vs-<br>GFY87, LLC, a Montana Limited Liability Company, MARK D. KVAMME, an individual, PAUL JOHANNSEN, an individual, JOHN DOES I-10, and CORPORATIONS A, B, and C,<br>          Defendants. | Civil Action No.9:16-cv-00017-DLC<br><br><br>**MOTION TO DISMISS PAUL JOHANNSEN FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED** |

The Defendants above named, GFY87, LLC, et al. move this Court to

dismiss Defendant Paul Johannsen as a party upon the grounds that the Plaintiffs'

1

Complaint fails to state any claim against Johannsen for which relief can be granted. The undersigned has contacted counsel for the Plaintiffs and advises the Court that the Plaintiffs oppose the relief requested. This motion is supported by the brief submitted herewith.

SO MOVED this 8th day of April, 2016.

Clifton W. Hayden
**TRIEWEILER, HEDMAN, HILEMAN,**
**& LACOSTA, PLLP**
204 Central Ave
Whitefish, MT 59937

James A. Patten
**PATTEN, PETERMAN, BEKKEDAHL**
**& GREEN**
2817 Second Ave. North, Suite 300
Billings, Montana 59101

By: /s/ JA Patten
    **JAMES A. PATTEN**
    Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April, 2016 a true and correct copy of the foregoing BRIEF IN SUPPORT OF MOTION TO DISMISS PAUL JOHANNSEN was served on the following persons by the following means:

| 1, 2 | CM/ECF |
| _____ | Hand delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-mail |

1.    Clerk, U.S. District Court

2.    David B. Cotner
      Kyle C. Ryan
      Datsopoulos, MacDonald & Lind, P.C.
      201 West Main, Suite 201
      Missoula, MT 59802


      /s/ JA Patten
      for PATTEN, PETERMAN, BEKKEDAHL & GREEN