OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
For The District of Montana

Tyler P. Gilman
Clerk of Court



Beth Conley
Chief Deputy Clerk

July 21, 2016

Clerk of District Court
Montana Eleventh Judicial District Court
920 S. Main, Ste 300
Kalispell, Mt 59901-5400

Re:  Remand of District of Montana Case: CV-16-017-M-DLC,
Don Maschmedt vs GFY87, LLC. et al.
Your Case Number:  DV-15-1174L

Dear Sir/Madam:

    Pursuant to the enclosed Order dated July 21, 2016, this case is remanded back to Montana Eleventh Judicial District Court.  Enclosed is a CD with all of the documents in our case, as well as a copy of our docket sheet.

    Please acknowledge receipt of these enclosures on the copy of this letter and return to us in the envelope provided.  Thank you.

Sincerely,

/s/ Amanda Goodwin
Deputy Clerk, Missoula Division